Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
Email: swritcheson@insightplc.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXSAM, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>WAGEWORKS, INC.,<br><br>         Defendant. | Case No. 3:19-cv-04538-EMC<br><br>**L.R. 6-1(a) STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: August 2, 2019<br>Complaint Served: August 15, 2019<br>Current Response Due: Sep. 5, 2019<br>New Response Date: Oct. 7, 2019 |

Pursuant to Local Rule 6-1(a), Plaintiff AlexSam, Inc. (hereinafter, "Plaintiff") and Defendant WageWorks, Inc. (hereinafter, "Defendant") by and through their respective counsel, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed the above-captioned case on August 2, 2019 (Dkt. No. 1);

2. WHEREAS, Plaintiff served its Complaint on Defendant on August 15, 2019;

3. WHEREAS, Defendant is required to answer or otherwise respond to the Complaint by September 5, 2019;

4. WHEREAS, counsel for the parties have jointly agreed, subject to the approval of the Court, to a 30-day extension for Defendant to answer or otherwise respond to the Complaint;

5. WHEREAS, the parties believe that good cause exists for this extension for a number of reasons, including the Labor Day holiday, and counsel's early evaluation of the case;

6. WHEREAS, there have been no prior extensions of time for Defendant to respond to the Complaint;

7. WHEREAS, no party will be prejudiced by the relief sought;

1       8.      WHEREAS, trial will not be delayed because the Court has not set any trial date, and this brief extension will not impact other deadlines in this case; and

        9.      WHEREAS, the present extension is not sought for any improper purpose.

        WHEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES that the time for Defendant to answer or otherwise plead to the Complaint in the above-captioned action shall be, and hereby is, extended by 30 days, to October 7, 2019.[1]

Dated: August 27, 2019                  Respectfully submitted,

                                        By: /s/ Steven W. Ritcheson
                                        Steven W. Ritcheson, Esq. (SBN 174062)
                                        **INSIGHT, PLC**
                                        578 Washington Blvd. #503
                                        Marina del Rey, California 90292
                                        Telephone: (424) 289-9191
                                        Facsimile: (818) 337-0383
                                        Email: swritcheson@insightplc.com

                                        ATTORNEYS for Plaintiff *AlexSam, Inc.*

Dated: August 27, 2019                  Respectfully submitted,

                                        By: /s/ Vera Elson
                                        Vera M. Elson, Esq. (SBN 156327)
                                        **WILSON SONSINI GOODRICH & ROSATI**
                                        650 Page Mill Road
                                        Palo Alto, California 94304
                                        Telephone: (650) 849-3495
                                        Email: velson@wsgr.com

                                        ATTORNEYS for Defendant *WageWorks, Inc.*

---

[1] 30 days from September 5, 2019 is Saturday, October 5, 2019.