IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALEXSAM,<br><br>                     Plaintiff,<br>v.<br><br>HEALTHEQUITY,<br><br>                     Defendant. | ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE<br><br>Case No.  2:19-cv-00445-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the parties' Stipulated Motion for Consolidation of Related Cases (ECF 66) (the Motion), requesting that the court consolidate this case with *AlexSam, Inc. v. WageWorks, Inc.*, No. 2:20-cv-00902-DAK-DBP.  DUCivR 42-1 permits consolidation of cases before a single judge where, as here, the cases "involve the same patent," "involve substantially the same parties," and "call for determination of substantially the same questions of law."  Accordingly, the court hereby GRANTS the Motion and ORDERS that pursuant to DUCivR 42-1, Case No. 2:20-cv-00902-DAK-DBP is hereby consolidated with Case No. 2:19-cv-00445-HCN-CMR for all purposes.  Future filings in these two consolidated cases shall be in 2:19-cv-00445-HCN-CMR.

      IT IS SO ORDERED.

      DATED this 1 February 2021.

                                                     */s/ Cecilia M. Romero*
                                                     Magistrate Judge Cecilia M. Romero
                                                     United States District Court for the District of Utah